IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JOEL SIGALA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOEL SIGALA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendants. | Case No.: CV 11-08657 FMO<br><br>ORDER<br>AWARDING EAJA FEES<br><br>FERNANDO M. OLGUIN<br>UNITED STATES MAGISTRATE<br>JUDGE |

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　　**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act

("EAJA") are awarded in the amount of FOUR THOUSAND FIVE HUNDRED

AND FIFTY DOLLARS ($4,550.00) which includes compensation in the amount

of  $4,200.00 for all legal services rendered by Plaintiff's attorney in this civil

action and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. §

2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: 10/19/12

                                                  /s/
                                    FERNANDO M. OLGUIN
                                    U.S. MAGISTRATE JUDGE